FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 AUG 17 PM 3: 37

U.S. DISTRICT COURT
N.O. OF ALABAMA

ROY BENNETT, *et al.*,  }
　　　　　　　　　　　　　　}
　　　Plaintiff,　　　　　}
　　　　　　　　　　　　　　}　　CIVIL ACTION NO.
v.　　　　　　　　　　　　}
　　　　　　　　　　　　　　}　　98-AR-1999-E
CITY OF ANNISTON, ALABAMA, *et*  }
*al.*,　　　　　　　　　　}
　　　　　　　　　　　　　　}
　　　Defendants.　　　　　}

**ENTERED**

**AUG 17 1999**

### RULE 56 SUBMISSION ORDER

Movants, City of Anniston and John A. Seymour, under Rule 56, F.R.Civ.P., in the above-entitled cause shall on or before 4:30 P.M. on **August 23, 1999**, file any further materials and briefs in support of the Rule 56 motion filed on **August 16, 1999**. If non-movants desire to respond, non-movants must do so on or before 4:30 P.M. on **September 7, 1999**. If movants desire to respond to any such non-movants' response, movants shall do so on or before 4:30 P.M. on **September 9, 1999,** or file a motion for additional reasonable time within which to respond. After any such response, or after any such motion for extension is denied, or after any granted extension expires, whichever event first occurs, the Rule 56 motion will automatically come under submission without oral argument.

DONE this _____ day of August, 1999.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE